IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH LUZIER III,
D.O.C. # E24178,

    Plaintiff,

v.                                                                        4:24cv340–WS/MAF

SGT. V. HUGGINS, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed August 27, 2024. The magistrate judge recommends that Plaintiff's case be dismissed under the three strikes provision of 28 U.S.C. § 1915(g) because Plaintiff is a three-striker, did not pay the filing fee at the time he initiated this case, and fails to make a colorable showing that he is in imminent danger of serious physical injury. Plaintiff has filed objections (ECF No. 9) to the magistrate judge's report and recommendation.

Having considered the record, the undersigned finds that Plaintiff's case is due to be dismissed without prejudice as recommended by the magistrate judge.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. The clerk shall enter judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)."

4. The clerk shall close the case.

DONE AND ORDERED this ___3rd___ day of ___October___, 2024.


        s/ William Stafford  
        WILLIAM STAFFORD  
        SENIOR UNITED STATES DISTRICT JUDGE